IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAY SIEVERDING ET AL

Plaintiff

v.                                        Case No. 05-CV-2122

AMERICAN BAR ASSOCIATION
ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Nov 4 05 at 0100p at the address of 740 15TH ST NW WASHINGTON DC 20005, I duly served the following documents(s): SUMMONS, NOTICE OF RIGHT TO CONSENT TO TRIAL, COMPLAINT AND INITAL ORDER in the above entitled action upon AMERICAN BAR ASSOCIATION by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with ALBIN BURKMAN JR., DIRECTOR OF ADMINISTRATIVE SERVICES, WHO STATED HE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____          Date: 11-08-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

KAYSIE 05-CV-2122
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAY SIEVERDING ET AL

Plaintiff

v.                                                          Case No. 05-CV-2122

AMERICAN BAR ASSOCIATION
ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Nov 4 05 at 0145p at the address of 888 17TH ST NW WASHINGTON DC 20006, I duly served the following documents(s): SUMMONS, NOTICE OF RIGHT TO CONSENT TO TRIAL, COMPLAINT AND INITAL ORDER in the above entitled action upon O'BRIEN, BUTLER, MCCONIHE AND SCHAEFFER by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with JEROME SHAEFFER, WHO STATED HE WAS AUTHORIZED TO ACCEPT SERVICE.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____         Date: 11-08-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

KAYSIE 05-CV-2122
BY MAIL

IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KAY SIEVERDING ET AL

Plaintiff

v.                                                                Case No. 05-CV-2122

AMERICAN BAR ASSOCIATION

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Nov 4 05 at 0130p at the address of 701 13TH ST NW WASHINGTON DC 20005, I duly served the following documents(s): SUMMONS, NOTICE OF RIGHT TO CONSENT TO TRIAL, COMPLAINT AND INITAL ORDER in the above entitled action upon WHITE AND CASE LLP by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with HELEN WORDECK, WHO STATED SHE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____           Date: 11-08-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

KAYSIE 05-CV-2122
BY MAIL