**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| KAY SIEVERDING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 1:05CV02122 |
| v. : | Judge Ricardo M. Urbina |
| : | |
| AMERICAN BAR ASSOCATION, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

THIS MATTER BEFORE THIS COURT on a Motion to Dismiss the Plaintiffs' Complaint filed by Co-Defendant O'Brien, Butler, McConihe & Schaefer; the argument of counsel; and for good cause having been shown; it is hereby

ORDERED that Co-Defendant's Motion to Dismiss the Plaintiffs' Complaint shall and hereby is, GRANTED.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Judge

DATE:

cc: Jerome C. Schaefer
O'BRIEN, BUTLER, McCONIHE & SCHAEFER
Suite 1200, Brawner Building
888 Seventeenth Street, N.W.
Washington, D.C. 20006-3967
Tel.: (202) 298-6161
jschaefer@obmslaw.com

Attorney for Co-Defendant O'Brien, Butler, McConihe & Schaefer

Kay Sieverding
Clear Creek County Jail
PO Box 518
405 Argentine Street
Georgetown, CO 80444

David Sieverding
601 Basswood Avenue
Verona, WI 53593

Plaintiffs *pro se*