IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–N–1950 (OES)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 8 2004

GREGORY C. LANGHAM
CLERK

KAY SIEVERDING,
DAVID SIEVERDING,
ED SIEVERDING, and
TOM SIEVERDING,

      Plaintiffs,

v.

COLORADO BAR ASSOCIATION and their insurance company (true name unknown);
CITY OF STEAMBOAT SPRINGS, CO, a municipality (hereinafter CITY);
AMERICAN BAR ASSOCIATION and their insurance company (true name unknown);
JANE BENNETT, private citizen acting in conspiracy with City policy makers;
KEVIN BENNETT, individually and in capacity as CITY Council member;
KEN BRENNER, individually and as a CITY Council Member;
DAVID BROUGHAM, individually and in capacity as apparent CITY insurance agent (for CIRSA);
CIRSA, insurance for the CITY;
INSURANCE AGENT, other than Brougham, and decision makers for CIRSA (true name unknown);
KATHY CONNELL, individually and as employed as CITY Council Member;
DAVIS, GRAHAM & STUBBS, LLC;
JAMES ENGLEKEN, individually and in capacity as CITY Council Member;
ART FIEBING, individually and as employed as CITY assistant chief of police;
SANDY FIEBING, individually and as the CITY code enforcement officer;
DANIEL FOOTE, individually and in capacity as Assistant CITY attorney;
JAMES GARRECHT, in capacity as district court judge (for injunctive relief only since he is immune from suit for damages);
J.D. HAYS, individually and in capacity as CITY director of public safety;
HALL & EVANS, LLC and their insurance;
JAMES "SANDY" HORNER, individually and as an attorney working for KLAUZER & TREMAINE and his insurance company;
PAUL HUGHES, individually and in capacity as CITY manager;
KLAUZER & TREMAINE, a law firm, and insurance (true name unknown);
RANDALL KLAUZER, individually and in capacity as an attorney and his insurance company;

CHARLES LANCE, individually and in capacity as former district attorney and his insurance;
ANTHONY LETTUNICH, individually and in capacity as CITY attorney and his insurance;
PAUL R. MCLIMANS, individually and in capacity as a district attorney and his insurance company;
WENDIE SCHULENBURG (A.K.A. ROONEY), individually and in capacity as CITY planning services director, and her insurance;
MELINDA SHERMAN, former Assistant CITY attorney, individually, and in capacity, and their insurance;
KERRY ST. JAMES, individually and in capacity as deputy or assistant district attorney; and his insurance;
JAMES B.F. OLIPHANT, Bennett's attorney and purchaser of plaintiff's home;
SUZANNE SCHLICHT, individually and in capacity as newspaper publisher and her insurance;
STEAMBOAT PILOT & TODAY NEWSPAPER (WORLDWEST LIMITED LIABILITY COMPANY) and insurance (true name unknown);
ARIANTHE STETTNER, individually and in capacity as CITY council member;
PAUL STRONG, individually and in capacity as CITY Council Member; and his insurance company;
RICHARD TREMAINE, individually and in capacity as an attorney; and his insurance company;
JAMES WEBER, individually and in capacity as CITY public works director, and his insurance company;
P. ELIZABETH WITTEMYER, individually and in capacity as Deputy District attorney, and her insurance,

     Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed October 14, 2003. After an extensive, time-consuming analysis of the background and facts, the magistrate judge recommends that (1) the case be dismissed with prejudice, (2) Plaintiff Kay Sieverding and Plaintiff David Sieverding be required to pay all costs and attorney fees incurred by all defendants since January 30, 2003, and (3) plaintiffs be enjoined from filing further lawsuits based on the series of transactions underlying their complaint, unless plaintiffs

are represented by counsel in any such lawsuits. Plaintiffs have objected to the recommendation. The objections suffer from the same defects as plaintiffs' other submissions. They are prolix, unorganized, incomprehensible, and (to the extent that the court can discern any thread in the argument) legally twisted. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation (#188) is ACCEPTED and adopted as this court's ruling on the case. All motions to dismiss are GRANTED. Plaintiff's myriad motions for summary judgment are all DENIED.

2. Defendants' motions for sanctions are all GRANTED.

3. The case is hereby dismissed with prejudice.

4. Plaintiff Kay Sieverding and Plaintiff David Sieverding shall pay all attorney fees and costs incurred by all defendants since January 30, 2003.

5. Plaintiffs are hereby enjoined and prohibited from commencing litigation in this or any other court based on the series of transactions described in this case, unless they are represented by counsel.

6. All other pending motions are DENIED as moot or meritless.

7. The case is hereby RECOMMITTED to the assigned magistrate judge for consideration of the attorney fees and costs to be awarded and a recommendation concerning those fees and costs.

DATED this 19 day of March, 2004.

BY THE COURT:

_____
EDWARD W. NOTTINGHAM
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-N-1950 (OES)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order Accepting Magistrate Judge's Recommendation signed by Judge Edward W. Nottingham on March 19, 2004 was served on March 19, 2004 by hand-delivery, where a "D.C." box number or asterisk (*) is indicated after the recipient's name, by electronic mail to the electronic mail address specified where a double asterisk (**) is indicated after the recipient's name, or otherwise by depositing it in the United States mail, postage prepaid, addressed to the recipient:

Magistrate Judge O. Edward Schlatter*

Kay Sieverding
David Sieverding
Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, WI 53593
*Pro Se Plaintiffs*

Thomas B. Kelley, Esq.
Christopher P. Beall, Esq.
Eileen Kiernan-Johnson, Esq.
Faegre & Benson LLP
**D.C. Box 21**
*Attorneys for Defendants Steamboat Pilot & Today Newspaper and Suzanne Schlicht*

John M. Palmeri, Esq.
Brett N. Huff, Esq.
White and Steele, P.C.
950 17th Street, 21st Floor
Denver, CO 80202
*Attorneys for Defendant Colorado Bar Association*

David R. Brougham, Esq.
Hall & Evans, L.L.C.
**D.C. Box 5**
*Attorney for Defendants City of Steamboat Springs, Kevin Bennett, Ken Brenner, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, Paul Hughes, Anthony Lettunich, Wendy Schulenburg, Melinda Sherman, Arianthe Stettner, Paul Strong, James Weber, Paul R. McLimans, Kerry St. James, Elizabeth Wittemyer, David Brougham, Hall & Evans, L.L.C., and District Attorney's Office of the Fourteenth Judicial District Defendants*

James B.F. Oliphant
P.O. Box 774425
919 Oak Street
Steamboat Springs, CO 80477-4425
*Pro Se Defendant*

Michael T. McConnell, Esq.
Traci L. Van Pelt, Esq.
Troy R. Rackham, Esq.
McConnell Siderius Fleischner
   Houghtaling & Craigmile, LLC
2401 15th Street, Suite 300
Denver, CO 80202
*Attorneys for Defendants Randall W. Klauzer, J. Richard Tremaine, Klauzer & Tremaine, LLC, James "Sandy" Horner, and Jane Bennett*

Patricia J. Larson, Esq.
Associate General Counsel
American Bar Association
541 North Fairbanks Court
Chicago, IL 60605
*Attorney for Defendant American Bar Association*

GREGORY C. LANGHAM, CLERK

By _____
   Secretary or Deputy Clerk

-COS2-