IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV02122 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

It is hereby ordered that Defendants American Bar Association and White & Case's Motion to Dismiss the Complaint is GRANTED.

SO ORDERED:

_____
Ricardo M. Urbina
United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

David Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
jschaefer@obmslaw.com
Counsel for Defendant:      O'Brien, Butler, McConihe & Schaefer, PLLC