AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kay Sieverding, et al.,

        Plaintiff(s)  )  **APPEARANCE**
)
vs.  )  CASE NUMBER   1:05CV02122 (RMU)
American Bar Association, et al.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Frank Panopoulos__  as counsel in this
          (Attorney's Name)

case for: __The American Bar Association and White & Case LLP__
          (Name of party or parties)

November 23, 2005
Date

_[Signature]_
Signature

459365
BAR IDENTIFICATION

Frank Panopoulos
Print Name

701 Thirteenth St., NW
Address

Washington DC    20005
City      State    Zip Code

202-626-3626
Phone Number