A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kay Seiverding, et. al.,

|                                        |     |
|----------------------------------------|-----|
| Plaintiff(s)                           | )   |
|                                        | )   |
|                                        | )   |
| vs.                                    | )   |
| American Bar Associations, et. al.     | )   |
|                                        | )   |
| Defendant(s)                           | )   |

**APPEARANCE**

CASE NUMBER   1:05-cv-02122

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Jerome C. Schaefer___ as counsel in this
                               (Attorney's Name)

case for: ___O'Brien, Butler, McConihe & Schafer___
                 (Name of party or parties)

___December 12, 2005___
Date

___224931___
BAR IDENTIFICATION

_(signature)_
Signature

___Jerome C. Schaefer___
Print Name

___888 17th Street, NW, Ste. 1200___
Address

___Washington DC 20006-3967___
City        State        Zip Code

___202-298-6161___
Phone Number