**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

KAY SIEVERDING, *et al.,*                          :
                                                    :
Plaintiffs,                                         :
                                                    :        Case No. 1:05CV02122
        v.                                          :        Judge Ricardo M. Urbina
                                                    :
AMERICAN BAR ASSOCATION, *et al.,*    :
                                                    :
Defendants.                                         :

**CO-DEFENDANT O'BRIEN, BUTLER, McCONIHE & SCHAEFERS'**
**REPLY TO PLAINTIFFS' OBJECTION TO MOTION TO DISMISS, ETC.**

O'Brien, Butler, McConihe & Schaefer (hereinafter "OBMS"), respectfully

submits this Reply in response to Plaintiff's objection under the heading "Objection to

Motion to Dismiss, Motion for Summary Judgment in Sum Certain Amount, Motion for

Failure to State a Legal Defense for Conspiracy to Deprive Rights and Unlawful

Imprisonment, Motion for Sanctions Under Rule 11, and Motion for Oral Hearing"

("Objection") filed by Plaintiffs on December 5, 2005. OBMS respectfully moves this

court to grant its Motion to Dismiss the Plaintiff's Complaint ("Motion to Dismiss") for

their failure to address any of its arguments made therein.

Further, OBMS incorporates, by reference, all arguments made by the American

Bar Association and White & Case in their Motion to Dismiss, filed on November 23,

2005, as well as their Reply to Opposition Motion filed on December 09, 2005. OBMS

joins the ABA and White & Case in their request to dismiss the plaintiff's remaining

motions for the reasons as set forth in their Reply to Opposition Motion. See Reply at 3.

The Plaintiffs 19 page Objection makes only two references to OBMS: (1) the

plaintiffs acknowledgment of OBMS' November 21, 2005 Motion to Dismiss filing at

page 1, and (2) the plaintiffs conclusory allegation that the failure of Kevin Aloysius Kernan and Jerome C. Schaefer to protest Kay Seiverding's incarceration amounted to a sufficient showing of conspiratorial activities at page 12. The Plaintiffs Objection fails to adequately respond to OBMS' Motion to Dismiss and otherwise fails to assert any new basis for which to support its claims against OBMS. OMBS maintains that the plaintiff's civil rights claims, which are based on a theory of conspiracy and color of state law doctrine, fail to satisfy minimal pleading requirements and cannot withstand a motion to dismiss. *Marts v. Burfield*, 961 F.2d 216 (2nd Cir. 1992) (holding that "vague and conclusory allegations are not sufficient to support a claim for civil rights violations based on conspiracy.").

As noted above, the plaintiff's conspiracy claim against OBMS rests on a single factual assertion regarding Kevin Aloysius Kernan and Jerome C. Schaefer, which, as discussed in OBMS' Motion to Dismiss as well as the ABA and White & Case's Motion to Dismiss, is insufficient as a matter of law to survive a motion to dismiss. OBMS maintains that the whole of Plaintiffs Complaint as against OBMS similarly rests on insufficient facts to support the claims set forth therein. See Motion to Dismiss at pages 5-8.

## CONCLUSION

For the reasons stated above and through incorporation, by reference, the Co-Defendants Motion to Dismiss, OBMS respectfully moves this court to grant its Motion to Dismiss Plaintiffs Complaint with prejudice as well as deny Plaintiffs Motion for Motion for Summary Judgment in Sum Certain Amount, Motion for Failure to State a

Legal Defense for Conspiracy to Deprive Rights and Unlawful Imprisonment, Motion for

Sanctions Under Rule 11, and Motion for Oral Hearing.


Date: December 12, 2005                    Respectfully submitted,


                                           O'Brien, Butler, McConihe & Schaefer

                                           Jerome C. Schaefer
                                           D.C. Bar No. 224931
                                           O'BRIEN, BUTLER, McCONIHE &
                                           SCHAEFER
                                           888 17th St., N.W., Suite 1200
                                           Washington, D.C.  20006
                                           (202) 298-6161
                                           jschaefer@obmslaw.com

                                           *Attorney for Defendant*
                                           *O'Brien, Butler, McConihe & Schaefer*

3

4

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing CO-DEFENDANTS' REPLY TO PLAINTIFFS OBJECTION TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT, along with a proposed Order was mailed, Federal Express, this 12th day of December, 2005, to Kay Sieverding at Clear Creek County Jail, PO Box 518, 405 Argentine Street, Georgetown, CO 80444, and David Sieverding at 601 Basswood Avenue, Verona, WI 53593.

I hereby certify that on December 12, 2005 I electronically filed the foregoing CO-DEFENDANTS' REPLY TO PLAINTIFFS OBJECTION TO ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT, along with a proposed Order, with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email addresses:

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendants White & Case LLP and the American Bar Association

Jerome C. Schaefer

4