UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KAY SIEVERDING, et al.,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiffs,　　　　　)　　Case No.:　　05-CV-02122
　　　　　　　　　　　　　　　　　　　　　　)　　　　　　　　　　RMU
v.　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
AMERICAN BAR ASSOCIATION, et al.,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

**PLAINTIFFS' OBJECTION**

Plaintiffs' objection to defendants' assertion that plaintiffs violated the Rules of Civil Procedure in 02-CV-1950 and that plaintiffs' claims against the ABA in 02-CV-1950 were frivolous.

Defendants "snuck in" a comment to the effect that plaintiffs violated the Rules of Civil Procedure in 02-CV-1950. Plaintiffs object to this remark alleging error both because it is vague and unsubstantiated and because it will expand the pleadings.

The defendants also imply that the plaintiffs' claims on the ABA in 02-CV-1950 were frivolous. Plaintiffs believe that the District of Colorado did not have a right to rule that the ABA did not have a duty to care about the public without a consideration of the facts and a law and a summary judgment hearing. However, the point of this action is the damages caused by the unlawful imprisonment and the ABAs participation in it. Plaintiffs' discussion of 02-CV-1950 was merely to establish that there was $20 million and major precedent on the table. Plaintiffs don't want to bulk up the record of this case by bringing in all the details of 02-CV-1950. Because the defendants have already

pleaded the affirmative defense of injury by fellow servant, plaintiffs believe they have no right to introduce new evidence about 02-CV-1950.

Verified under penalty of perjury all the facts in this and every other filing in this and every other court are true to the best of our knowledge.

Dated this 8 day of December, 2005.

*Kay Sieverding* (signature)
Kay Sieverding
Clear Creek County Jail
PO Box 518
Georgetown, CO 80444