Untied States Court for the District of Columbia

SIEVERDING, et al,
        *Plaintiffs*,

v.

AMERICAN BAR ASSOCIATION, et al.,

        *Defendants*.

Case No.:05-CV-02122 (RMU)

### Motion that defendants did not state a legal defense

Defendants filed pleadings in response to plaintiffs' motion for summary judgment; however, they did not stipulate or object to the numbered facts as required by rule 56. Their defense of immunity by immunity and injury by fellow servants are affirmative defenses and require a reply that refers to the numbered facts. Conspiracy for false imprisonment and conspiracy against rights are recognized claims.

They misrepresented the facts and stated that plaintiffs only claim was that they had not acted affirmatively to protest the illegal jailing of Sieverding, however, the complaint and motion for summary judgment specifically allege that all three defendants were part of a conspiracy to use force and intimidation to hinder presentment in court. All three defendants knew about the conspiracy before Sieverding was jailed, ratified it on 09-07-05 when they sent in the motions to dismiss, were specifically contacted with repeated requests for help and made a conscious choice not to help or to protest the illegal incarceration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/05/05.

*Kay Sieverding*
Kay Sieverding

_____
Ed Sieverding

_____
Tom Sieverding

Certificate of Service

Service by Email and ECF

Jerome C. Schaefer, Esq.
OBRIEN, BUTLER, MCCONIHE & SHAEFER, PLLC
888 17th Street, N.W.
Washington, DC 20006-3939
jschaefer@obmslaw.com

Frank Panopoulos
WHITE & CASE LLP
601 13th Street, NW
Washington, DC 20005
(202) 626-3600
Fax: (202) 639-9355
fpanopoulos@whitecase.com