IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*,  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>AMERICAN BAR ASSOCIATION, et al.  )<br>)<br>*Defendants*.  )<br>) | Case No. 1:05CV02122<br>(RMU) |

## ORDER

It is hereby ordered that Plaintiffs' Motion That Defendants Did Not State a Legal Defense is DENIED.

SO ORDERED:

                                                                                             _____
                                                                                             Ricardo M. Urbina
                                                                                             United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

David Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
jschaefer@obmslaw.com
Counsel for Defendant:      O'Brien, Butler, McConihe & Schaefer, PLLC