## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AMERICAN BAR ASSOCIATION, et al.<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:05CV02122
(RMU)

### THE AMERICAN BAR ASSOCIATION AND WHITE & CASE LLP'S
### MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL OPPOSITION
### TO DEFENDANTS' MOTION TO DISMISS

The American Bar Association ("ABA") and White & Case LLP ("White & Case") respectfully move this Court to strike "Plaintiffs' Objection" (case docket entry number 12) and Plaintiffs' "Breif [sic] to Plaintiffs' Objection to Defendant's Motion to Dismiss and Plaintiffs' Motion for Summary Judgment" ("Brief") (case docket entry number 13) (together "Supplemental Opposition") pursuant to Fed. R. Civ. P. 12(f).

The ABA and White & Case filed their Motion to Dismiss on November 23, 2005 (case docket entry number 5). Plaintiffs then filed their response, which they titled "Objection to Motion to Dismiss, Motion for Summary Judgment in Sum Certain Amount, Motion for Failure to State a Legal Defense for Conspiracy to Deprive Rights and Unlawful Imprisonment, Motions for Sanctions Under Rule 11, and Motion for Oral Hearing" ("Original Objection") on December 5, 2005 (docket entry number 8). The ABA and White & Case's reply brief to Plaintiffs' Original Objection was filed on December 9, 2005 (docket entry number 9). Without seeking

leave of the Court, Plaintiffs filed their Supplemental Opposition, also on December 9, 2005 (docket entry numbers 12 and 13).

While the decision to grant or deny leave to file a supplemental opposition is within the sound discretion of the court, supplements to filings are generally only allowed for compelling reasons. *See e.g., Swartz v. Clinton*, Civ. A. No. 99-5373, 2000 WL 1279304, *1 (D.C. Cir. 2000) (denying leave to file a supplement to the opposition to the dispositive motions and citing D.C. Circuit Rule 27(h)(3): "such motions will be granted only for extraordinarily compelling reasons"). The Supplemental Opposition is limited to reiterating the allegations of conspiracy already detailed in both the Complaint and Plaintiffs' opposition to the Motion to Dismiss, and is in any case untimely.

In addition, although the title of the document states that it includes arguments in support of a motion for summary judgment, no such arguments are to be found in the text. As such, the Supplemental Opposition does not offer anything beyond the original opposition, and should thus be stricken. Even if arguments were found in the text, however, the ABA and White & Case assert that no motion for summary judgment is properly before this Court at this time. As discussed in their "Motion to Deny as Meritless or, in the alternative, to Strike Plaintiffs' Motion That Defendants Did Not State a Legal Defense," which the ABA and White & Case have also filed with the Court today, December 30, 2005, the ABA and White & Case object to any such motion for summary judgment as nothing more than Plaintiffs' attempt to avoid the only issue properly before the Court at this time, which is whether Plaintiffs can state a basis for their alleged claims against the ABA and White & Case upon which, as a matter of law, relief may be granted.

Because Plaintiffs have already filed their Supplemental Opposition, the ABA and White & Case are forced to file this Motion to Strike, rather than an opposition to a motion for leave to file a supplemental opposition. In either case, however, Plaintiffs' Supplemental Opposition is redundant and unnecessary, and should thus be stricken.

## CONCLUSION

For the foregoing reasons, the ABA and White & Case's Motion to Strike Plaintiffs' Supplemental Opposition to Defendants' Motion to Dismiss should be granted, and the Court should enter an order dismissing the Plaintiffs' Complaint as against the ABA and White & Case with prejudice.

Dated:  Washington, D.C.                    Respectfully submitted,
      December 30, 2005

**WHITE & CASE**
LIMITED LIABILITY PARTNERSHIP

By:_____
      Carolyn B. Lamm (D.C. Bar No. 221325)
      Frank Panopoulos (D.C. Bar No. 459365)
      **WHITE & CASE** LLP
      701 13th St., N.W.
      Washington, D.C.  20005
      (202) 626-3600

      *Attorneys for Defendants*
      *American Bar Association*
      *White & Case LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005 I electronically filed the foregoing Defendants' Motion to Strike Plaintiffs' Supplemental Opposition to Defendants' Motion to Dismiss and proposed form of order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, D.C. 20006-3939
jschaefer@obmslaw.com

Attorney for Defendant O'Brien, Butler, McConihe & Schaefer, PLLC


I hereby certify that I have served the foregoing to the following non CM/ECF participants by Federal Express:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

David Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE

_____
Matthew Ahn