# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## (Civil Division)

KAY SIEVERDING, et al.,

Plaintiffs,

v.

AMERICAN BAR ASSOCATION, et al.,

Defendants.

Case No. 1:05CV02122 (RMU)

## CO-DEFENDANT O'BRIEN, BUTLER, McCONIHE & SCHAEFERS' MOTION TO DENY, OR, IN THE ALTERNATIVE, TO STIKE PLAINTIFFS MOTION THAT DEFENDANTS DID NOT STATE A LEGAL DEFENSE

O'Brien, Butler, McConihe & Schaefer (hereinafter "OBMS"), respectfully mo[ves] this Court to Deny Plaintiffs' Motion that Defendants Did Not State a Legal Defen[se] (docket entry # 14) or in the alternative to Strike Plaintiffs' Motion ("Motion").

1. OBMS incorporates, by reference, the arguments made by the American B[ar] Association and White & Case LLC ("White & Case") in their Motion to Strike (doc[ket] entry # 15). To further belabor the arguments already advanced by the ABA and White [&] Case would serve not to advance the ends of justice.

Wherefore, OBMS moves the Court to enter an Order denying, or in [the] alternative, striking Plaintiffs' Motion that Defendant Did Not State a Legal Defense.

O'Brien, Butler, McConihe & Schaefer

*[signature]*

Jerome C. Schaefer
D.C. Bar No. 224931
O'BRIEN, BUTLER, McCONIHE & SCHAEFER
888 17th St., N.W., Suite 1200
Washington, D.C. 20006
(202) 298-6161
jschaefer@obmslaw.com

*Attorney for Defendant*
*O'Brien, Butler, McConihe & Schaefer*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CO-DEFENDANTS' MOTION TO DENY, OR, IN THE ALTERNATIVE, TO STIKE PLAINTIFFS' MOTION THAT DEFENDANTS DID NOT STATE A LEGAL DEFENSE, along with a proposed Order was mailed, Federal Express, this 3rd day of January, 2006, to Kay Sieverding at Clear Creek County Jail, PO Box 518, 405 Argentine Street, Georgetown, CO 80444, and David Sieverding at 601 Basswood Avenue, Verona, WI 53593.

I hereby certify that on January 3, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email addresses:

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendants White & Case LLP and the American Bar Association

*[signature]*
Jerome C. Schaefer