**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

KAY SIEVERDING, *et al.*,                    :
                                             :
Plaintiffs,                                  :
                                             :        Case No. 1:05CV02122
v.                                           :        (RMU)
                                             :
AMERICAN BAR ASSOCATION, *et al.*,           :
                                             :
Defendants.                                  :

### CO-DEFENDANT O'BRIEN, BUTLER, McCONIHE & SCHAEFERS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE TO STRIKE BRIEF TO PLAINTIFFS' OBJECTION TO MOTION TO DISMISS

O'Brien, Butler, McConihe & Schaefer (hereinafter "OBMS"), oppose and respectfully move this Court to strike Brief to Plaintiffs' Objection to Defendants Motion to Dismiss and Plaintiffs' Motion for Summary Judgment (docket entry # 13).

1. OBMS incorporates, by reference, the arguments made by the American Bar Association ("ABA") and White & Case LLC ("White & Case") in their Motion to Strike Plaintiffs' Supplemental Opposition To Defendants' Motion to Dismiss (docket entry # 16). To state more, belabors the agreements already advanced in OBMS' Motion to Dismiss (docket entry # 4).

Wherefore, OBMS moves this Honorable Court to enter an Order denying Plaitniffs' Motion for Summary Judgment or in the alternative striking Plaintiffs' Brief and Motion (docket entry # 13).

Date: January 3, 2006                    Respectfully submitted,

                                         O'Brien, Butler, McConihe & Schaefer

                                         *[signature]*

                                         Jerome C. Schaefer
                                         D.C. Bar No. 224931
                                         O'BRIEN, BUTLER, McCONIHE &
                                         SCHAEFER
                                         888 17th St., N.W., Suite 1200
                                         Washington, D.C. 20006
                                         (202) 298-6161
                                         jschaefer@obmslaw.com

                                         *Attorney for Defendant*
                                         *O'Brien, Butler, McConihe & Schaefer*


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CO-DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE TO STRIKE BREIF TO PLAINTIFFS' OBJECTION TO MOTION TO DISMISS, along with a proposed Order was mailed, Federal Express, this 3rd day of January, 2006, to Kay Sieverding at Clear Creek County Jail, PO Box 518, 405 Argentine Street, Georgetown, CO 80444, and David Sieverding at 601 Basswood Avenue, Verona, WI 53593.

I hereby certify that on January 3, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email addresses:

    WHITE and CASE, LLP
    C/O Frank Panopoulos
    701 13th Street, N.W.
    Washington, D.C. 20005
    fpanopoulos@whitecase.com

Attorney for Defendants White & Case LLP and the American Bar Association

*[signature]*

Jerome C. Schaefer

2