IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| KAY SIEVERDING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 1:05CV02122 |
| | : Judge Ricardo M. Urbina |
| AMERICAN BAR ASSOCATION, *et al.*, | : |
| Defendants. | : |

### ORDER

It is hereby ORDERED that Defendant OBMS' Opposition to Plaintiffs' Motion for Summary Judgment, or, in the alternative, to Strike Brief to Plaintiffs' Objection to Motion to Dismiss isa GRANTED.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Judge

DATE:

cc:  Jerome C. Schaefer
O'BRIEN, BUTLER, McCONIHE & SCHAEFER
Suite 1200, Brawner Building
888 Seventeenth Street, N.W.
Washington, D.C. 20006-3967
Tel.: (202) 298-6161
jschaefer@obmslaw.com

Attorney for Co-Defendant O'Brien, Butler, McConihe & Schaefer

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendants White & Case LLP and
the American Bar Association

Kay Sieverding
Clear Creek County Jail
PO Box 518
405 Argentine Street
Georgetown, CO 80444

David Sieverding
601 Basswood Avenue
Verona, WI 53593

Plaintiffs *pro se*