UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, et al., )<br>)<br>    *Plaintiffs*, )<br>)<br>v.    )<br>)<br>AMERICAN BAR ASSOCIATION, et al., )<br>)<br>    *Defendants*. )<br>) | Case No.:    05-CV-02122<br>            RMU |

### WITHDRAW

I wish to withdraw as a party from this case.

Verified under penalty of perjury all the facts in this and every other filing in this and every other court are true to the best of our knowledge.

Dated this 3 day of January, 2005.

_____
David Sieverding

United States Court District of Columbia

Sieverding                                    05-CV-02122
     v.                                        RMU
A.B.A et al.

Affidavit of Plaintiff Regarding new evidence of ABA's direct involvement with the illegal jailing of Kay Sieverding

Chris Beall, who acted as private prosecutor in the illegal jailing of Kay Sieverding starting 9/2/05, sent Sieverding a bill for discussing it with ABA in-house counsel Pat Larson for 12 minutes on 9/6/05. Under penalty of perjury

Service by ECF

Kay Sieverding
Clear Creek Jail
Jailed without a law
POB 518
Georgetown Co 80444