United States Court District of Columbia

Kay Sieverding                                              05-cv-02122

v.                                                          RMU

American Bar Association, White and Case, O'Brien, Butler, McConiehe, and Schaeffer.

---

Kay Sieverdings' amended Motion to Dismiss Without Prejudice under Duress of Jail

Sieverding was summoned to a hearing with Colorado Judge Edward Nottingham and defense counsel for the above on 2/14/06. The American Bar Association did not appear.

At the hearing, she was told that the Court was not satisfied with her previous motion to dismiss 05-cv-02122 without prejudice under duress of jail. The Court directed her to file a separate motion for this case. She was told by Judge Nottingham that if it does not appear on the docket of 05-cv-02122 by next week she will be returned to jail. She was already sent to jail for 4+ months for filing 05-cv-01283 and 05-cv-01672 as well as a defamation case against The World Company AKA World West LLP AKA the Steamboat Pilot  She was told that if separate motions to dismiss appear from her in the 4 related cases she will allowed to stay out of jail and that a planned contempt of court hearing for 2/27/06 will be cancelled. Sieverding suggested that the defense counsel or the court draft a document for her to sign, if that is the only way that she can stay out of jail, but they declined to do so. They directed no other changes to the motion. The only reason that plaintiff is filing this motion is to stay out of jail. She is trying to reaffirm her constitutional right to represent herself in court. She still has not been accused of fraud, perjury, or misquoting laws and knows of no legitimate reason why she is being denied her rights under U.S.C. Title 28 section 1654. Related case 05-cv-01283 asked for relief from judgment of

1

02-cv-1950 under rule 60 b (3) in a non-rendering court including the claimed ban on further pro se litigation based on the same series of events as 02-cv-1950. However, the defendants in that action including the ABA and parties represented by White and Case and O'Brien Butler claim res judicata based on Judge Nottingham's unpublished dismissal of 02-cv-1950 on the grounds that it was legally twisted and incomprehensible.

Verification: All of the above are true to the best of plaintiffs' knowledge under penalty of perjury.

Kay Sieverding, 02/16/06

*Kay S*                                                Under Duress of
641 Basswood Ave., Verona, WI 53593, 608 848 5721      JAIL

Attachment Jailing of plaintiff to gain advantage in a civil matter

2