IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV02122 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

## THE AMERICAN BAR ASSOCIATION AND WHITE & CASE LLP'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY

The American Bar Association ("ABA") and White & Case LLP ("White & Case") respectfully oppose Plaintiffs' Motion to Stay (docket entry 26). Plaintiffs filed a voluntary dismissal of this action and related cases 05CV1283 and 05CV1672 pursuant to Fed. R. Civ. P. 41(a)(1) on February 9, 2006 (docket entry 23) and February 17, 2006 (docket entry 24). Thus, Plaintiffs have withdrawn this action and should not be allowed to continue filing motions before the Court. *See* Fed. R. Civ. P. 41(a)(1) (dismissal is effective upon filing since the action "may be dismissed by the plaintiff without order of court"). Accordingly, the ABA and White & Case respectfully request that the Court deny Plaintiffs' Motion to Stay and enter a Minute Order officially closing this action and the related cases.

Dated: Washington, D.C.
        March 21, 2006

Respectfully submitted,

**WHITE & CASE**
LIMITED LIABILITY PARTNERSHIP

By: _____
Carolyn B. Lamm (D.C. Bar No. 221325)
Frank Panopoulos (D.C. Bar No. 459365)
**WHITE & CASE** LLP
701 13th St., N.W.
Washington, D.C. 20005
(202) 626-3600

*Attorneys for Defendants*
*American Bar Association*
*White & Case LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006 I electronically filed the foregoing Defendants' Opposition to Plaintiffs' Motion to Stay with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, D.C. 20006-3939
jschaefer@obmslaw.com

Attorney for Defendant O'Brien, Butler, McConihe & Schaefer, PLLC


I hereby certify that I have served the foregoing to the following non CM/ECF participants by Federal Express:

Kay Sieverding
David Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE

_____
Matthew Ahn