IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

KAY SIEVERDING, et al., :
:
Plaintiffs, :
: Case No. 1:05CV02122
v. : (RMU)
:
AMERICAN BAR ASSOCATION, et al., :
:
Defendants. :

**CO-DEFENDANT O'BRIEN, BUTLER, McCONIHE & SCHAEFERS'**
**OPPOSITION TO PLAINTIFFS' MOTION TO STAY**

O'Brien, Butler, McConihe & Schaefer (hereinafter "OBMS"), respectfully opposes the Plaintiffs' Motion to Stay (docket entry #26) and incorporates, by reference, the arguments made by the American Bar Association and White & Case LLP in their Opposition (docket entry #27).

Wherefore, OBMS respectfully moves the Court to deny Plaintiffs' Motion to Stay and enter an Order dismissing this action.

Date: March 22, 2006

Respectfully submitted,

O'Brien, Butler, McConihe & Schaefer

_____
Jerome C. Schaefer (D.C. Bar No. 224931)
O'BRIEN, BUTLER, McCONIHE &
SCHAEFER
888 17th St., N.W., Suite 1200
Washington, D.C. 20006
(202) 298-6161
jschaefer@obmslaw.com
*Attorney for Defendant*
*O'Brien, Butler, McConihe & Schaefer*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CO-DEFENDANT O'BRIEN, BUTLER, McCONIHE & SCHAEFERS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY was mailed, Federal Express, this 22nd day of March, 2006, to Kay Sieverding and David Sieverding at 641 Basswood Avenue, Verona, WI 53593.

I hereby certify that on March 22, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email addresses:

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendants White & Case LLP and the American Bar Association

_____
Jerome C. Schaefer