IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

KAY SIEVERDING, *et al.,*

Plaintiffs,

                                         Case No. 1:05CV02122

v.                                      Judge Ricardo M. Urbina

AMERICAN BAR ASSOCATION, *et al.,*

Defendants.

---

## ORDER

It is hereby ORDERED that Plaintiffs Motion for Reconsideration Of The Court's July 20, 2006 Order Dismissing Plaintiffs Complaint is DENIED.

SO ORDERED.

                                    _____

                                    RICARDO M. URBINA
                                    United States District Judge

DATE:

cc:    Jerome C. Schaefer
        O'BRIEN, BUTLER, McCONIHE & SCHAEFER
        Suite 1200, Brawner Building
        888 Seventeenth Street, N.W.
        Washington, D.C. 20006-3967
        Tel.: (202) 298-6161
        jschaefer@obmslaw.com
        *Attorney for Co-Defendant O'Brien, Butler, McConihe & Schaefer*

        WHITE and CASE, LLP
        C/O Frank Panopoulos
        701 13th Street, N.W.
        Washington, D.C. 20005
        fpanopoulos@whitecase.com
        *Attorney for Defendants White & Case LLP and the ABA*

Kay Sieverding
David Sieverding
601 Basswood Avenue
Verona, WI 53593
*Plaintiffs pro se*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

KAY SIEVERDING, *et al.,*

Plaintiffs,

                                Case No. 1:05CV02122

v.                            Judge Ricardo M. Urbina

AMERICAN BAR ASSOCATION, *et al.,*

Defendants.

_____

## ORDER

It is hereby ORDERED that the Motion to Dismiss the Plaintiffs' Complaint filed by Co-

Defendant O'Brien, Butler, McConihe & Schaefer is GRANTED.

    SO ORDERED.

                                     _____

                                     RICARDO M. URBINA
                                     United States District Judge

DATE:

cc:    Jerome C. Schaefer
        O'BRIEN, BUTLER, McCONIHE & SCHAEFER
        Suite 1200, Brawner Building
        888 Seventeenth Street, N.W.
        Washington, D.C. 20006-3967
        Tel.: (202) 298-6161
        jschaefer@obmslaw.com
        *Attorney for Co-Defendant O'Brien, Butler, McConihe & Schaefer*

        WHITE and CASE, LLP
        C/O Frank Panopoulos
        701 13th Street, N.W.
        Washington, D.C. 20005
        fpanopoulos@whitecase.com
        *Attorney for Defendants White & Case LLP and the ABA*

Kay Sieverding
David Sieverding
601 Basswood Avenue
Verona, WI 53593
*Plaintiffs pro se*