IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> AMERICAN BAR ASSOCIATION, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:05CV02122 <br> (RMU) |

## ORDER

It is hereby ORDERED that "Plaintiffs' motion for reconsideration of sua sponte injunction attached to other order" be, and it is hereby, DENIED.

SO ORDERED.

                                                 RICARDO M. URBINA
                                                 United States District Judge

DATE:

cc:    Kay Sieverding
        c/o David Sieverding
        641 Basswood Avenue
        Verona, Wisconsin 53593

        Plaintiffs PRO SE

        Jerome C. Schaefer, Esq.
        O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
        888 17th Street, NW
        Washington, D.C. 20006-3939

jschaefer@obmslaw.com

Attorney for Defendant O'Brien, Butler, McConihe & Schaefer, PLLC