IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV02122 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion for Reconsideration of this Court's December 21, 2006 Order be, and it is hereby, DENIED.

SO ORDERED.

                                                                    RICARDO M. URBINA
                                                                    United States District Judge

DATE:

cc:    Kay Sieverding
        c/o David Sieverding
        641 Basswood Avenue
        Verona, Wisconsin 53593

        Plaintiffs PRO SE

        Jerome C. Schaefer, Esq.
        O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
        888 17th Street, NW
        Washington, D.C. 20006-3939

jschaefer@obmslaw.com

Attorney for Defendant O'Brien, Butler, McConihe & Schaefer, PLLC