Notice of Appeal to the District of Columbia Court of Appeals from a

Judgment or Order of a District Court

United States Court for the District of Columbia

**RECEIVED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

File numbers 05-02122

| | |
|---|---|
| Sieverding et al, Plaintiffs ) | |
| ) | Notice of |
| ) | |
| v. ) | Appeal |
| ) | |
| American Bar Association, O'Brien, Butler, ) | |
| McConihie, and Schaeffer, P.L.L.C. and ) | |
| White and Case L.L.P. defendants ) | |

Notice is hereby given that David and Kay Sieverding hereby appeal to the United States Court of Appeals for the D.C. Circuit orders sua sponte injunction denying future access to court and order of dismissal dated 12/28/06 (same document) dismissing 05-02122 on the basis of res judicata on 11/28/06. Timely tolling Rule 59 motions were filed and FEDEX receipts with court clerk signatures are available.

*Kay Sieverding*

Kay Sieverding, 4/14/07
641 Basswood Ave.
Verona, WI 53593
608 848 5721